```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA et al., | : : : : | CIVIL ACTION NO. 07-05328 |
| Plaintiffs, | : : | |
| v. | : : | |
| KORESKO LAW FIRM P.C. et al., | : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **20th** day of **February, 2009,** it is hereby **ORDERED** that the above-captioned case shall remain in suspense until further order of the Court.

**IT IS FURTHER ORDERED** that a status and scheduling conference will take place on **Monday, June 22, 2009,** at **9:30 A.M.,** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

**AND IT IS SO ORDERED.**

```
                          S/Eduardo C. Robreno
                          EDUARDO C. ROBRENO, J.
```

---

1. Prior to Monday, June 22, 2009, Plaintiffs' counsel shall inform the Court whether a status and scheduling conference in this matter is necessary or, alternatively, if the parties agree that the case should remain in suspense.