# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
### A PROFESSIONAL CORPORATION      www.marshalldennehey.com

PENNSYLVANIA — Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton, Williamsport
NEW JERSEY — Cherry Hill, Roseland
DELAWARE — Wilmington
OHIO — Akron
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK — New York

**1845 Walnut Street · Philadelphia, PA 19103-4797**
**(215) 575-2600 · Fax (215) 575-0856**



Direct Dial: 215.575.2620
Email: erbrown@mdwcg.com

March 5, 2010

**Order**

A written report shall be submitted by June 5, 2010. The status & scheduling conference is cancelled.

/s/ [signature] Adams
3/5/10.

VIA FACSIMILE
Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19107

RE: Travelers v. Koresko Law Firm, P.C., et al.
    United States District Court, Eastern District, No.: 07-CV-05328
    Our File No: 20007-00136

Dear Judge Robreno:

This matter is scheduled for a status conference before Your Honor on March 15, 2010. This matter has been deferred pending the appeals in the underlying case, the outcome of which may render this matter moot.

At the present time, the appeal is still pending, and oral arguments were heard on January 12, 2010, and the appeals are still pending. As a result, there would appear to be no reason to remove this matter from deferred status until the appeals are decided. I have conferred with Mr. Koresko, and he is an agreement with this position.

Please let us know if you would still like us to attend the scheduled conference, thank you for your consideration of this matter.

Very truly yours,

/s/ EB

Eric R. Brown

ERB:kqf
Cc: John Koresko, Esquire

MAR 8 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk